UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**CHANTEL RAY REAL ESTATE INC.,**

        **Plaintiff,**

                                    Civil No. 2:15-cv-168

v.

**THINK TECH LABS LLC,**

        **Defendant.**

### NOTICE OF RESOLUTION

Pursuant to the Settlement Conference Order entered by the Court on July 20, 2015, the plaintiff, Chantel Ray Real Estate Inc., notifies the Court that the parties have resolved the matters of controversy between them and intend to submit an agreed dismissal order.  The parties request that the Clerk remove the Settlement Conference scheduled for 9:00 a.m. on August 26, 2015 from the Court's calendar.

                **CHANTEL RAY REAL ESTATE, INC.**

                By:    /s/ Christopher D. Davis
                          Of Counsel

                Christopher D. Davis (VSB #74809)
                DAVIS LAW, PLC
                508 Sweet Leaf Place
                Chesapeake, VA 23320
                Telephone number: 757-277-6772
                Facsimile: (757) 410-2293
                Email: chris@davislawplc.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2015, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Ethan G. Ostroff (VSB #71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

/s/ Christopher D. Davis
Christopher D. Davis, Esq.