UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CHANTEL RAY REAL ESTATE INC.,

    Plaintiff,

v.

    Civil No. 2:15-cv-168

THINK TECH LABS LLC,

    Defendant.

## AGREED DISMISSAL ORDER

THIS DAY CAME the parties, by counsel, and represented that all matters in controversy have been resolved and settled pursuant to a written settlement agreement;

UPON THE PARTIES' AGREEMENT, and it appearing proper to do so, the Court hereby ORDERS that Plaintiff's Complaint is hereby dismissed with prejudice, each party to bear its own costs.

FURTHER ORDERED, that the Court shall retain jurisdiction over this matter solely for purposes of enforcing the terms of the written settlement agreement between the parties.

/s/
Mark S. Davis
United States District Judge
ENTER:_____
(Judge)

DATE: August 17, 2015

Active 26385552v1 247778.000001

**WE ASK FOR THIS:**

_____
Christopher D. Davis, Esq. (VSB #74809)
DAVIS LAW, PLC
508 Sweet Leaf Place
Chesapeake, VA 23320
Telephone number: 757-277-6772
Facsimile: (757) 410-2293
Email: chris@davislawplc.com

*Counsel for Plaintiff*
*Chantel Ray Real Estate Inc.*

**SEEN AND AGREED TO:**

_____
Ethan G. Ostroff, Esq. (VSB #71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

*Counsel for Defendant*
*Think Tech Labs LLC*